PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>William Lavelle Burns</u>      Case Number: <u>3:03-00200</u>

Name of Judicial Officer: <u>Aleta A. Trauger, U. S. District Judge</u>

Date of Original Sentence: <u>October 14, 2005</u>

Original Offense: <u>Convicted Felon in Possession of Firearm</u>

Original Sentence: <u>115 months' imprisonment and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>      Date Supervision Commenced: <u>October 5, 2012</u>

Assistant U.S. Attorney: <u>Phillip H. Wehby</u>      Defense Attorney: <u>Sumter L. Camp, Jr.</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 20th day of Feb., 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Karen L. Webb

Place   Columbia, Tennessee

Date    February 15, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation No.**   **Nature of Noncompliance**

**1.**   **Shall not purchase, possess, use, distribute, or administer any controlled substance:**
On January 17, 2013, Mr. Burns tested positive for marijuana. He denies any new marijuana use since on or about November 7, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Burns began his term of supervised release on October 5, 2012. Since that date, he has submitted five positive drug screens for marijuana. A modification hearing was held on November 19, 2012, to address two prior drug screens that were positive for marijuana. His conditions were modified to include that he participate in weekly Narcotic Anonymous meetings and substance abuse testing.

Since his court appearance at the modification hearing on November 19, 2012, Mr. Burns had two more positive drug screens for marijuana on November 27, and December 6, 2012. He denies using marijuana since on or about November 7, 2012. Mr. Burns then had two negative drug screens on December 14, 2012, and on January 2, 2013, before his positive drug screen on January 17, 2013. He cannot explain why he would have a positive drug screen in January. His last two drug screens on January 28, and February 8, 2013 were negative.

Mr. Burns began weekly Narcotic Anonymous meetings on December 11, 2012. He is still residing in his home in Nashville. He was recently terminated from his job at Southern Steak and Oyster. He is attending classes at Project Return to assist him in finding employment.

**U.S. Probation Officer Recommendation:**
It is recommended that no action be taken at this time to see if Mr. Burns will abstain from drug use and continue with his Narcotics Anonymous meetings. The U. S. Attorney's Office has been advised of this recommendation.

Approved: _Kenneth P.C._
Kenneth Parham
Supervisory U.S. Probation Officer