PROB 12B
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision

Name of Offender: <u>William Lavelle Burns</u>  Case Number: <u>3:03-00200</u>

Name of Sentencing Judicial Officer: <u>Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>October 14, 2005</u>

Original Offense: <u>Convicted Felon in Possession of Firearm</u>

Original Sentence: <u>115 months' imprisonment and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 5, 2012</u>

Assistant U.S. Attorney: <u>Philip H. Wehby</u>  Defense Attorney: <u>Sumter L. Camp, Jr.</u>

---

### PETITIONING THE COURT

■ To schedule a modification hearing and consider adding the following release condition:
**The defendant shall participate in substance abuse testing and treatment which may include 30-day inpatient treatment to be followed by 90 days at a residential reentry center.**

THE COURT ORDERS:
[X] A hearing to consider the modification is scheduled for: April 22, 2013 @ 10:30am
☐ No Action
☐ The extension of supervision as noted above.
☐ The modification(s) as noted above.
☐ Other

Considered this 15th day of April, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Karen L. Webb
U.S. Probation Officer

Place   Columbia, Tennessee

Date    April 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Shall not purchase, possess, use, distribute, or administer any controlled substance:** |

On March 11, March 22, and April 3, 2013, Mr. Burns tested positive for marijuana. He admitted to using marijuana around the end of February or early March 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Burns is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since October 5, 2012. He is currently employed with Advanced Plating in Nashville, Tennessee.

Since Mr. Burns began supervised release, he has submitted eight positive drug screens for marijuana. A modification hearing was held on November 19, 2012, to address his first two positive drug screens. His conditions were modified to include that he participate in weekly Narcotic Anonymous meetings and substance abuse testing.

Subsequent to his court appearance at the modification hearing on November 19, 2012, Mr. Burns had two more positive drug screens for marijuana on November 27, and December 6, 2012. After a couple of negative drug screens, he then had an additional positive drug screen for marijuana on January 17, 2013. The Court approved the recommendation that he be continued on supervision.

However, Mr. Burns has once again returned to marijuana use. He reports that he is now agreeable to treatment. He has been attending weekly Narcotic Anonymous meetings since December 11, 2012.

**U.S. Probation Officer Recommendation:**

It is recommended that a hearing be scheduled before the Court so the request for modification of his supervised release conditions may be addressed, given his continued use of marijuana.

The U. S. Attorney's Office has been advised of the offender's noncompliance and the probation officer's recommendation for modification of his release conditions.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer