Motion GRANTED.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:03-00200 |
| | ) | Judge Trauger |
| WILLIAM LA VELLE BURNS | ) | |

MOTION TO STRIKE REVOCATION HEARING

Comes the defendant and hereby moves the Court to strike the hearing currently set for November 15, 2013. In support of this motion defendant would state and show that this matter was last before the Court on August 15, 2013, at which time it was re-set to November 15th to give Mr. Burns an opportunity to prove to the Court that he could put drugs behind him and move forward with his life. Probation Officer Amanda Russell reports, "Mr. Burns has remained drug free and continues to participate in outpatient substance abuse treatment Centerstone and NA meetings." She supports his continuance on supervised release. Counsel has discussed this matter with Assistant United States Attorney Philip Wehby who agrees that, based on Mr. Burns fulfillment of the conditions of the continuance of the hearing, he should be allowed to continue on supervised release. Counsel has attached an order that is consistent with the agreement of the parties.

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047