UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | No. 3:03-00200 |
| | ) | Judge Trauger |
| WILLIAM LAVELLE BURNS | ) | |

O R D E R

This matter came before the Court on August 15, 2013, on the Petition for Warrant for Offender Under Supervision filed July 22, 2013, as Docket Entry 97. At the hearing on August 15th Mr. Burns pleaded guilty to Violations 1 and 3 and the matter was continued until November 15, 2013, to see if Mr. Burns could comply with all of the conditions of his supervised release, particularly those concerning the unlawful use of controlled substances.

The Court therefore finds that the violations are sustained, but that the evidence of Mr. Burns' participation in drug treatment, and considering the opinion of his Probation Officer, warrant application of the exception in 18 U.S.C. § 3583(d) to the mandatory revocation provision in 18 U.S.C. § 3583(g). It is, therefore, ORDERED, that the previously scheduled hearing be struck and that Mr. Burns continue on supervised release under the same conditions.

Enter this the  15th day of November, 2013.

_____
ALETA TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:


s/ *Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender



s/ *Philip H. Wehby*   (by permission)
Philip H. Wehby
Assistant United States Attorney