## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00200 |
| | ) | Judge Trauger |
| WILLIAM LAVELLE BURNS | ) | |
| | ) | |

## O R D E R

A hearing on the Petition to Revoke Supervision (Docket No. 110) was held on June 9, 2014. The parties announced a proposed agreement that is acceptable to the court.

The defendant pled guilty to Violations 1 and 2 alleged in the Petition, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant is sentenced to 18 months in custody, to be served concurrently with the state sentence he is presently serving for a Davidson County drug conviction, Case No. 2014-I-56, with no supervision to follow. The court hereby designates the state facility for the initial service of the defendant's concurrent federal sentence.

It is so **ORDERED.**

ENTER this 9th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge